**Dismissed and Opinion Filed February 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00637-CV

### U.S. BANK NATIONAL ASSOCIATION, Appellant
### V.
### TFHSP LLC, SERIES 321, Appellee

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-02700-2013**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Before the Court is appellant's February 6, 2015, unopposed motion to dismiss the appeal. In the motion, appellant states it no longer desires to pursue appeal of this matter. We grant the motion and dismiss the appeal. TEX. R. APP. P. 42.1(a).

140637F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

U.S. BANK NATIONAL ASSOCIATION, Appellant

No. 05-14-00637-CV      V.

TFHSP LLC, SERIES 321, Appellee

On Appeal from the 417th Judicial District Court, Collin County, Texas
Trial Court Cause No. 417-02700-2013.
Opinion delivered by Chief Justice Wright. Justices Lang-Miers and Stoddart participating.

Based on appellant's February 6, 2015, unopposed motion to dismiss the appeal, and in accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered February 12, 2015.